|   |   |
|---|---|
| 1 | Shawn Hanson (State Bar No. 109321) |
|   | shanson@jonesday.com |
| 2 | Katherine S. Ritchey (State Bar No. 178409) |
|   | ksritchey@jonesday.com |
| 3 | Sarah K. Hamilton (State Bar No. 238819) |
|   | skhamilton@jonesday.com |
| 4 | JONES DAY |
|   | 555 California Street, 26th Floor |
| 5 | San Francisco, CA  94104-1500 |
|   | Telephone:   (415) 626-3939 |
| 6 | Facsimile:   (415) 875-5700 |

\*\*E-filed 5/17/06\*\*

Attorneys for Defendant
STANDARD INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| JOSEPH ECKERLE, | Case No. C06-01012 JF |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR STANDARD INSURANCE COMPANY'S RESPONSE TO COMPLAINT** |
| v. |  |
| STANDARD INSURANCE COMPANY, and SRI INTERNATIONAL LONG-TERM DISABILITY INSURANCE PLAN, | Judge:   The Honorable Jeremy Fogel |
|   |          Courtroom 3, 5th Floor |
| Defendants. |  |

SFI-541779v1

Stip. and [Prop.] Order to Ext. Deadline to
Respond to Complaint
Case No.: C06-01012 JF

1  WHEREAS, the Defendant Standard Insurance Company seeks to obtain additional days
2  to prepare, file and serve its response to plaintiff's Complaint;
3  IT IS HEREBY STIPULATED by and between plaintiffs and defendants through their
4  respective counsel of record as follows:
5  1. The deadline for filing Defendant Standard Insurance Company's response to
6  plaintiff's Complaint will be May 30, 2006

**IT IS SO STIPULATED.**

Dated: May 11, 2006

JONES DAY

By: _____
Sarah K. Hamilton
Attorney for Defendant Standard Insurance Company

Dated: May 11, 2006

FLYNN, ROSE & PERKINS

By: _____
Charles B. Perkins
Attorney for Plaintiff Joseph Eckerle

Stip. and [Prop.] Order to Ext. Deadline to Respond to Complaint
Case No.: C06-01012 JF

1  **ORDER**

2  IT IS SO ORDERED.

3

4

5  Date:  5/17      , 2006

6

7  _____
   Jeremy Fogel
   United States District Judge

8

9

10

(lines 11–28 blank)