**E-filed 8/31/06**

Shawn Hanson (State Bar No. 109321)
shanson@jonesday.com
Katherine S. Ritchey (State Bar No. 178409)
ksritchey@jonesday.com
Sarah K. Hamilton (State Bar No. 238819)
skhamilton@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104-1500
Telephone:     (415) 626-3939
Facsimile:     (415) 875-5700

Attorneys for Defendants
STANDARD INSURANCE COMPANY and SRI
INTERNATIONAL LONG-TERM DISABILITY
INSURANCE PLAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH ECKERLE,<br><br>    Plaintiff,<br><br>    v.<br><br>STANDARD INSURANCE COMPANY, and SRI INTERNATIONAL LONG-TERM DISABILITY INSURANCE PLAN,<br><br>    Defendants. | Case No. C06-01012 JF<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT STATEMENT DEADLINE AND CASE MANAGEMENT CONFERENCE**<br><br>**Signature by Facsimile**<br><br>Judge:    The Honorable Jeremy Fogel<br>             Courtroom 3, 5th Floor |

SFI-541796v2

Stip. and [Prop.] Order to Continue CMC
Case No.: C06-01012 JF

1      WHEREAS, the Court scheduled a Case Management Conference for September 15, 2006, and ordered the parties to submit a Case Management Statement by September 8, 2006;

     WHEREAS, the parties have agreed to attend a mediation conference before Hon. Edward A. Infante (Ret.) on October 18, 2006;

     WHEREAS, the parties believe that, in the interests of efficiency and of avoiding potentially unnecessary expenses, the Case Management Conference and filing of the Case Management Statement should be continued until a reasonable period of time following the October 18, 2006 mediation.

     IT IS HEREBY STIPULATED by and between plaintiffs and defendants through their respective counsel of record as follows:

1.      The deadline for filing a Case Management Statement shall be continued from September 8, 2006 to November 10, 2006.

2.      The date for the initial Case Management Conference shall be continued from September 15, 2006, to November 17, 2006.

**IT IS SO STIPULATED.**

Dated: August 28, 2006

JONES DAY

By: _____
Sarah K. Hamilton
Attorney for Defendants Standard Insurance Company and SRI International Long-Term Disability Insurance Plan

Dated: August 28, 2006

FLYNN, ROSE & PERKINS

By: _____
Charles B. Perkins
Attorney for Plaintiff Joseph Eckerle

SFI-541796v2

Stip and [Prop.] Order to Continue CMC
Case No. C06-01012 JF

## ORDER

IT IS SO ORDERED.

Date: __8/31/06__, 2006

_____
Jeremy Fogel
United States District Judge

SFI-541796v2

Stip. and [Prop.] Order to Continue CMC
Case No.: C06-01012 JF

2