| | |
|---|---|
| 1 | Shawn Hanson (State Bar No. 109321)<br>shanson@jonesday.com |
| 2 | Katherine S. Ritchey (State Bar No. 178409)<br>ksritchey@jonesday.com |
| 3 | Sarah K. Hamilton (State Bar No. 238819)<br>skhamilton@jonesday.com |
| 4 | JONES DAY<br>555 California Street, 26th Floor |
| 5 | San Francisco, CA 94104-1500<br>Telephone: (415) 626-3939 |
| 6 | Facsimile: (415) 875-5700 |
| 7 | Attorneys for Defendants |
| 8 | STANDARD INSURANCE COMPANY and SRI<br>INTERNATIONAL LONG-TERM DISABILITY |
| 9 | INSURANCE PLAN |

**E-filed 11/9/06**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| 13 | JOSEPH ECKERLE, | Case No. C06-01012 JF |
| 14 | Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT STATEMENT DEADLINE AND CASE MANAGEMENT CONFERENCE |
| 15 | v. | |
| 16 | STANDARD INSURANCE COMPANY, and SRI INTERNATIONAL LONG-TERM DISABILITY INSURANCE PLAN, | |
| 17 | | **Signature by Facsimile** |
| 18 | Defendants. | |
| 19 | | Judge: The Honorable Jeremy Fogel<br>Courtroom 3, 5th Floor |

SFI-557115v1

Stip. and [Prop.] Order to Continue CMC
Case No.: C06-01012 JF

1  WHEREAS, the Court scheduled a Case Management Conference for November 17,
2  2006, and ordered the parties to submit a Case Management Statement by November 10, 2006;
3  WHEREAS, the parties have reached a settlement in principal and are currently in the
4  process of documenting this settlement;
5  WHEREAS, the parties believe that, in the interests of efficiency and of avoiding
6  potentially unnecessary expenses, the Case Management Conference and filing of the Case
7  Management Statement should be continued until a reasonable period of time, to allow the parties
8  to finalize the settlement and to file a notice of dismissal with prejudice;
9  WHEREAS, the parties anticipate that a notice of dismissal will be filed with this Court
10 within thirty days.
11 IT IS HEREBY STIPULATED by and between plaintiffs and defendants through their
12 respective counsel of record as follows:
13 1. The deadline for filing a Case Management Statement shall be continued from
14 November 10, 2006 to December 15, 2006.
15 2. The date for the initial Case Management Conference shall be continued from
16 November 17, 2006 to December 22, 2006.
17
18 **IT IS SO STIPULATED.**
19 Dated: November ___, 2006                JONES DAY
20
21                                          By: _____
                                            Sarah K. Hamilton
22                                          Attorney for Defendants Standard Insurance
                                            Company and SRI International Long-Term
23                                          Disability Insurance Plan
24
25 Dated: November ___, 2006                FLYNN, ROSE & PERKINS
26                                          By: _____
                                            Charles B. Perkins
27                                          Attorney for Plaintiff Joseph Eckerle
28

SPI-557115v1                                Stip. and [Prop.] Order to Continue CMC
                                            Case No.: C06-01012 JF

## ORDER

2 | IT IS SO ORDERED.

5 | Date: __November 9__, 2006

*[signature]*
Jeremy Fogel
United States District Judge