\*\*E-filed 12/18/06\*\*

1  Shawn Hanson (State Bar No. 109321)
   shanson@jonesday.com
2  Katherine S. Ritchey (State Bar No. 178409)
   ksritchey@jonesday.com
3  Sarah K. Hamilton (State Bar No. 238819)
   skhamilton@jonesday.com
4  JONES DAY
   555 California Street, 26th Floor
5  San Francisco, CA 94104-1500
   Telephone:  (415) 626-3939
6  Facsimile:   (415) 875-5700

7  Attorneys for Defendants
   STANDARD INSURANCE COMPANY and SRI
8  INTERNATIONAL LONG-TERM DISABILITY
   INSURANCE PLAN
9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                            SAN JOSE DIVISION
12

13  JOSEPH ECKERLE,                         Case No. C06-01012 JF

14          Plaintiff,                      STIPULATION AND [PROPOSED]
                                            ORDER OF DISMISSAL
15      v.                                  SIGNATURE BY FACSIMILE

16  STANDARD INSURANCE COMPANY, and         Judge:  The Honorable Jeremy Fogel
    SRI INTERNATIONAL LONG-TERM                     Courtroom 3, 5th Floor
17  DISABILITY INSURANCE PLAN,

18          Defendants.

19

20      IT IS HEREBY STIPULATED by and between JOSEPH ECKERLE, by and through his

21  counsel of record, and STANDARD INSURANCE COMPANY and SRI INTERNATIONAL

22  LONG-TERM DISABILITY INSURANCE PLAN, by and through their counsel of record, that

23  the above-captioned matter be dismissed with prejudice.

24  Dated: December 14, 2006                FLYNN, ROSE & PERKINS

25
                                            By /s/ Charles B. Perkins
26                                             Charles B. Perkins
                                               Attorney for Plaintiff Joseph Eckerle
27

28

SFI-553601v1                                Stip. and [Prop.] Order of Dismissal
                                                      Case No.: C06-01012 JF

Dated: December 13, 2006

JONES DAY

By: /s/ Sarah K. Hamilton
Sarah K. Hamilton
Attorney for Defendants Standard Insurance Company and SRI International Long-Term Disability Insurance Plan

## ORDER

IT IS HEREBY ORDERED that this action is dismissed with prejudice.

Date: December 18, 2006

/s/ Jeremy Fogel
Jeremy Fogel
United States District Judge